# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00133-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. KIMBERLY K. WHITE,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court *sua sponte*. On Friday, **June 18, 2010**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set a trial date, trial preparation conference date and motions deadline in this case. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: June 15, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.