**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00133-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. KIMBERLY K. WHITE,

    Defendant.

## MINUTE ORDER[1]

On September 19, 2011, the court conducted a Telephonic Setting Conference to reset the Sentencing Hearing. After conferring with counsel and by agreement of all,

**IT IS ORDERED** that a Sentencing Hearing is set for **December 9, 2011, at 2:30 p.m.**, at which counsel and the defendant shall appear without further notice or order.

Dated: September 19, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.